IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHON EDENS, and CHERRY B. WESTBROOK, Individually and on behalf of all other persons similarly situated who were employed by STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., <br><br> Defendant. | CIVIL ACTION NO. 1:10-cv-02093-CAP |

## ORDER ON DEFENDANT'S MOTION
## TO DISMISS AND TO COMPEL ARBITRATION

Pending before the Court is Defendant's Motion to Dismiss and to Compel Arbitration ("Motion") (Doc # 12).  In response to Defendant's Motion, Plaintiffs have filed Plaintiffs' Consent to Arbitration in which Plaintiffs state that they "consent to Defendants' Motion to arbitrate the issues in the above-captioned case." (Doc # 16).

Accordingly, Defendant's Motion is hereby GRANTED, and it is hereby ORDERED that the parties are compelled to arbitrate all issues and claims asserted

in Plaintiffs' First Amended Complaint (Doc # 7) in an arbitration before the

Financial Industry Regulatory Authority ("FINRA") to be held in or around

Atlanta, Georgia.  The Court DISMISSES this matter with prejudice.  Any party

may, however, seek judicial review of the arbitrator's award after the arbitration is

completed as prescribed by law.

DATED this 17th day of ___November___, 2010.


/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge

Copies to all Parties

Firmwide:98128786.2